IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 2:11-cv-00305** |
| **VS.** | § § | **JURY TRIAL DEMANDED** |
| **STAR TEX GASOLINE & OIL DISTRIBUTORS, INC.,** | § § § | |
| **Defendant.** | § | |

## JOINT NOTICE OF SETTLEMENT

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

1.  Pursuant to Local Rule 16.3 of the Local Rules for the Southern District of Texas, the parties in the above-styled and numbered case hereby notify the Court that the parties have agreed to settle this matter.

2.  The parties anticipate filing a Joint Motion to Enter Consent Decree within thirty (30) days of the filing of this Notice.

3.  Given the settlement of this matter, the EEOC's pending Motion to Quash Defendant's 30(b)(6) Deposition Notice and For a Protective Order (D.E. 11) has become moot and the parties would request that the Court make no ruling on the Motion to Quash.

Dated:  May 2, 2012

Respectfully submitted,

**THE RANGEL LAW FIRM, P.C.**
615 N. Upper Broadway, Suite 2020
Corpus Christi, Texas 78401

          (361) 883-8500
          (361) 883-2611 (Facsimile)
          Email:  jorge.c.rangel@rangellaw.com
          Email: jaime.rangel@rangellaw.com
          Email: joe.marcum@rangellaw.com

By:     */s/ Jorge C. Rangel*
    Jorge C. Rangel
    Attorney-in-Charge
    State Bar No. 16543500
    Federal I.D. No. 5698
    Jaime S. Rangel
    State Bar No. 24033759
    Federal I.D. No. 32226
    Joseph M. Marcum
    State Bar No. 12973000
    Federal I.D. No. 15049

***ATTORNEYS FOR DEFENDANT, STAR TEX GASOLINE & OIL DISTRIBUTORS, INC.***

*/s/ David C. Rivela*
w/permission by Jorge C. Rangel
_____
DAVID C. RIVELA
Attorney-in-charge
Texas State Bar No. 00797324
Federal ID. No. 32914
P. DAVID LOPEZ
General Counsel
JAMES L. LEE
Deputy General Counsel
GWENDOLYN YOUNG REAMS
Associate General Counsel
ROBERT A. CANINO
Regional Attorney
Oklahoma State Bar No. 011782
JUDITH G. TAYLOR
Supervisory Trial Attorney
Texas State Bar No. 19708300
Federal ID No. 14850
**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Antonio Field Office
5410 Fredericksburg Road, Suite 200
San Antonio, Texas 78229-3555

Telephone: (210) 281-7619
Facsimile: (210) 281-7669
Email: David.Rivela@eeoc.gov
Email: Judith.Taylor@eeoc.gov

*ATTORNEYS FOR PLAINTIFF, EQUAL
EMPLOYMENT OPPORTUNITY COMMISION*

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed on this the 2nd of May, 2012, pursuant to the electronic filing requirements of the United States District Court for the Southern District of Texas which provides for service on counsel of record in accordance with the electronic filing protocols in place.

*/s/ Jorge C. Rangel*
Jorge C. Rangel